NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CENTURION SYSTEMS, LLC, as
successor trustee,

        Appellant,

v.

GREEN TREE SERVICING, LLC,

        Appellee.

Case No. 2D17-4163

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Pasco County; Kimberly Sharpe Byrd,
Judge.

Mark P. Stopa of Stopa Law Firm,
Tampa (withdrew after briefing); Latasha
Scott of Lord Scott, PLLC, Tampa
(withdrew after briefing); and Lee Segal
of Segal & Schuh Law Group, P.L.,
Clearwater, for Appellant.

Jason F. Joseph of Tromberg Law
Group, P.A., Boca Raton; and Richard
S. McIver and H. Michael Muniz of Kass
Shuler, P.A., Tampa, for Appellee.


PER CURIAM.

        Affirmed.


KHOUZAM, C.J., and KELLY and SMITH, JJ., Concur.